IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASHLIE HOLTZ, | CV 25-192-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPNAY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA, and JOHN/JANE DOES I-XX, | |
| Defendants, | |

Defendant has moved for an order allowing Robert C. Deegan, to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 9.) The application of Mr. Deegan appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Robert C. Deegan to appear in this Court (Doc. 12) is **GRANTED**, subject to the following conditions:

1.     Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Mr. Deegan must do his own work. He must do his own writings, sign

his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Mr. Deegan, not the law firm he works for;

4.      Mr. Deegan shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Deegan must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his/her admission under the terms set forth above.

DATED this 27th day of April, 2026.

Kathleen L. DeSoto
United States Magistrate Judge