IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| ASHLIE HOLTZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>HEALTH CARE SERVICE<br>CORPORATION, A MUTUAL<br>LEGAL RESERVE COMPNAY, a/b/n<br>BLUE CROSS BLUE SHIELD OF<br>MONTANA, and JOHN/JANE DOES<br>I-XX,<br><br>　　　Defendants, | CV 25-192-M-KLD<br><br><br>ORDER |

Defendant has moved for an order allowing Ruba Noor to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 21.) Ms. Noor's application appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Ruba Noor to appear in this Court (Doc. 21) is **GRANTED**, subject to the following conditions:

　　1.　　Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

　　2.　　Ms. Noor must do her own work. She must do her own writings, sign

her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.    Admission is personal to Ms. Noor, not the law firm she works for;

4.    Ms. Noor shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.    Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Noor must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of her admission under the terms set forth above.

DATED this 29th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge