IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASHLIE HOLTZ, | CV 25-192-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA, and JOHN/JANE DOES I-XX, | |
| Defendants, | |

Defendant has moved for an order allowing Laura Schwartz to appear *pro hac vice* in this case with Daniel J. Auerbach designated as local counsel. (Doc. 26). The application of Ms. Schwartz appears to be in compliance with L.R. 83.1(d).

The Court finds good cause to grant the motion. However, the Court notes that Ms. Schwartz was granted leave to appear in another case in this District less than one year ago. *See Justin King v. Heatlh care Service Corporation,* CV 23-32-GF-BMM, Doc. 116. In addition, Ms. Schwartz has sought leave to appear in *Smith v. Health Care Service Corporation*, another case in this District. *Smith v. Health Care Service Corporation,* CV 22-50-SPW-KLD, Doc. 85. The Court

therefore cautions that, with Ms. Schwartz's admission in this matter and *Smith v. Health Care Service Corporation*, she is approaching the point of practicing law in Montana. Therefore, any subsequent motions for leave to appear *pro hac vice* will likely be denied.

**IT IS ORDERED:**

Defendant's motion to allow Laura Schwartz to appear in this Court (Doc. 85) is **GRANTED**, subject to the following conditions:

1.     Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Ms. Schwartz must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.     Admission is personal to Ms. Schwartz, not the law firm she works for;

4.     Ms. Schwartz shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.     Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Schwartz must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 27th day of July, 2026.

Kathleen L. DeSoto
United States Magistrate Judge