IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASHLIE HOLTZ,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPNAY, a/b/n BLUE CROSS BLUE SHIELD OF MONTANA, and JOHN/JANE DOES I-XX,<br><br>Defendants, | CV 25-192-M-KLD<br><br>ORDER |

Defendant Health Care Service Corporation has moved for an order allowing Eric A. Felleman to appear *pro hac vice* in this case with Daniel J. Auerbach, designated as local counsel. (Doc. 30.) The application of Mr. Felleman appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Mr. Felleman to appear in this Court (Doc. 30) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Felleman must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Felleman, not the law firm he works for;

4. Mr. Felleman shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Felleman must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

No further pro hac vice admissions for Defendant will be granted in this matter without a showing of good cause.

DATED this 1st day of October, 2026.

Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge